UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Z.C., individually and on behalf of E.C., <br><br>      Plaintiff,<br><br>    -v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>      Defendants. | 23 Civ. 8399 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  In this case, Plaintiff seeks attorney's fees in connection with claims under the Individuals with Disabilities Education Act, 20 U.S.C § 1410 *et seq*. By separate Order to be entered today, the Court is referring the matter to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.

  In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

  If both parties consent to proceed before the Magistrate Judge, Plaintiff shall, **within two weeks of the date of this Order**, email to ReardenNYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/node/754. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

  If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter **by the same deadline** advising the Court that

the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

Dated: November 28, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2