UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Z.C.,
*Individually and on behalf of E.C.*

                        Plaintiff,          **23-CV-08399 (JHR) (VF)**

      -against-                 **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION ET AL.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The deadline for Plaintiff's motion for attorney's fees is April 1, 2024. Defendants' response in opposition is due April 15, 2024, and any reply from Plaintiff in further support of the motion is due April 22, 2024.

**SO ORDERED.**

DATED:    New York, New York
             March 4, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge