UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Z.C.,
*Individually and on behalf of E.C.*

                               Plaintiff,                      **23-CV-08399 (JHR) (VF)**

                          -against-                        **ORDER ON MOTION TO SEAL**

NEW YORK CITY DEPARTMENT OF
EDUCATION ET AL.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Currently before the Court is a letter motion to seal filed by Plaintiff. ECF No. 32. Plaintiff seeks to seal certain exhibits appended to the Declaration of Rebecca Shore, which was filed in support of Plaintiff's motion for summary judgment. See ECF Nos. 33, 33-1, 33-2, 33-3, 33-4, 33-5. For the following reasons, Plaintiff's motion to seal is **GRANTED**.

      Plaintiff argues that the exhibits explicitly include the full name of E.C., a minor, and "draw reference to and provide details of his medical and educational records." ECF No. 32. Plaintiff further argues that any such documents are protected under the Family Educational Rights and Privacy Act. Id. (citing 20 U.S.C. § 1232(g)). Plaintiff has made a showing that the exhibits at issue contain materials which could be sealed under the factors set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 119 (2d Cir. 2006). Courts in this Circuit "generally permit medical and other sensitive information of minors to remain under seal." J.L. on behalf of J.P. v. New York City Dep't of Educ., 2024 WL 219218, at *3 (S.D.N.Y. Jan. 25, 2024) (citing Spring v. Allegany-Limestone Cent. Sch. Dist., 2021 WL 4166628, at *1 (W.D.N.Y. Sept. 14, 2021)). "Further, the purpose of the Family Educational Rights and Privacy Act is to protect the privacy of student educational records[,]" of the type at issue here. D.C.G. v. New York City Dep't of

Educ., No. 23-CV-1337 (JPC) (JW), 2024 WL 1435395 at *10 (S.D.N.Y. Feb. 10, 2024) (citing 20 U.S.C. § 1232(g)).

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 32.

**SO ORDERED.**

DATED:   New York, New York
         September 4, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2