**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Z.C.,
*Individually and on behalf of E.C.*

                            Plaintiff,         **23-CV-08399 (JHR) (VF)**

          -against-                **ORDER SCHEDULING**
                                                       **ORAL ARGUMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                           Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Oral argument for Plaintiff's motion at ECF No. 27 is hereby scheduled for

**Tuesday, November 12, 2024 at 2:30 p.m.** in Courtroom 17-A, United States Courthouse,

500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
               October 9, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge