**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Z.C., individually and on behalf of E.C.,

Plaintiff,

-against-

23 **CIVIL** 8399 (NRB)

**JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION, NEW YORK CITY BOARD OF EDUCATION, and DAVID C. BANKS, in his official capacity,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated September 8, 2026, the Objections to Judge Figueredo's Report and Recommendation are dismissed, and the Court awards $33,924 in attorneys' fees and $402 in costs along with post-judgment interest. Accordingly, judgment entered in favor of Plaintiff and the case is closed.

**Dated:** New York, New York

September 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**